# Exhibit B

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC. | SUPERIOR COURT<br>C.A. No. PC14-3299 |

FRANCIS M. MURPHY and  )
MICHELE MURPHY,        )
                       )
       Plaintiffs,     )
   v.                  )
                       )
FORD MOTOR COMPANY     )
and JOHN DOE MANUFACTURER, )
                       )
       Defendant.      )

## NOTICE OF REMOVAL

TO:   Providence Superior Court          David A. Ursillo, Esq.
      Civil Clerk's Office               Law Offices of Gregory J.
      Licht Judicial Complex             Schadone, Ltd.
      250 Benefit Street                 7 Waterman Avenue
      Providence, RI  02903              North Providence, RI  02911

PLEASE TAKE NOTICE that the Defendant Ford Motor Company, a Delaware corporation with its principal place of business in Dearborn, MI, has this day filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, containing a statement of facts which entitles it to remove the case to the United States District Court for the District of Rhode Island. Attached hereto as *Exhibit A* is a true and correct copy of the Notice of Removal filed on September 26, 2014.

Respectfully submitted,
DEFENDANT,

FORD MOTOR COMPANY,
By its attorneys,

_____
Adam A. Larson (RI Bar #7114)

Campbell Campbell Edwards & Conroy,<br>
Professional Corporation<br>
One Constitution Center<br>
Boston, MA 02129<br>
(617) 241-3000<br>
alarson@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 26, 2014, the foregoing was sent to the following counsel of record by facsimile and first class mail, postage prepaid:

David A. Ursillo, Esq.
Law Offices of Gregory J. Schadone, Ltd.
7 Waterman Avenue
North Providence, RI 02911
(401) 232-4000

*Attorney for the Plaintiffs*

_____
Adam A. Larson