UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FRANCIS M. MURPHY and<br>MICHELE MURPHY,<br><br>          Plaintiffs,<br>v.<br><br>FORD MOTOR COMPANY,<br>and JOHN DOE MANUFACTURER,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)   C.A. NO. 1:14-cv-00423-M-LDA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that all of Plaintiffs' claims are dismissed without prejudice, no interest, no costs.

FRANCIS M. MURPHY AND
MICHELE MURPHY,

By their Attorneys,

\*/s/David A. Ursillo
David A. Ursillo, Esq. (RI Bar #6620)
Law Offices of Gregory J. Schadone, Ltd.
7 Waterman Avenue
North Providence, RI 02911
401-232-4000
dursillo@schadonelaw.com
\*e-filed with permission

FORD MOTOR COMPANY,

By its Attorneys,

/s/Adam A. Larson
Adam A. Larson (RI Bar #7114)
Campbell Campbell Edwards & Conroy,
Professional Corporation
One Constitution Center
Boston, MA 02129
(617) 241-3000
alarson@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

      On May 5, 2016, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to: David A. Ursillo, Esq., Law Offices of Gregory J. Schadone, Ltd., 7 Waterman Avenue, North Providence, RI 02911.

David A. Ursillo, Esq.
Law Offices of Gregory J. Schadone, Ltd.
7 Waterman Avenue
North Providence, RI 02911

                                              /s/ Adam A. Larson
                                              Adam A. Larson